IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-02000-AP**

**In re: Thomas G. Bridges**

**THOMAS G. BRIDGES**,

        Appellant,

v.

**SALLY ZEMAN, as Chapter 13 Trustee, and
JAMES BROUNER,**

        Appellees.

---

## ORDER

Kane, J.

This matter is before the court on Appellant's Motion for Leave to Appeal (doc. #3), filed July 26, 2013.  No objection having been filed, the motion is **GRANTED.**

Dated this 14th day of August, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court