IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-02000-AP**

**In re: Thomas G. Bridges**

**THOMAS G. BRIDGES**,

        Appellant,

v.

**SALLY ZEMAN, as Chapter 13 Trustee, and
JAMES BROUNER,**

        Appellees.

## ORDER

Kane, J.

In light of the Notice of Debtor's Death (doc. #12), filed on September 17, 2013, and there being no further action or notice in this appeal, the appeal is **DISMISSED** and the action in the District Court is **CONCLUDED**.

Dated this 25th day of October, 2013.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court